# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. 23-03028-09-CR-S-MDH |
| LEMAR MOORER, ) | |
| Defendant. ) | |

## ORDER

Defendant is currently detained at the Christian County Jail and is awaiting sentencing. Counsel for the Government has advised the undersigned that Defendant is being transported on this date to St. Louis, Missouri, for critical life-sustaining medical care.

Upon review and without objection from the Government, it is **ORDERED** that Defendant is furloughed from the Christian County Jail as of the date of this Order, to allow him to be transported to and receive medical care and treatment at Barnes Jewish Hospital in St. Louis, Missouri, and for no other purpose. Defendant shall not drive or operate a motor vehicle, nor shall he use alcohol or any unprescribed drug or other controlled substance during this furlough. It is further **ORDERED** that upon his discharge from Barnes Jewish Hospital, Defendant shall report to the Christian County Jail to resume custody.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: October 13, 2025